SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
Sophia S. Kwan (SBN 257666)
skwan@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone:   (916) 448-0159
Facsimile:    (916) 558-4839

Attorneys for Defendant WinCo Foods LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBRA ROLLINGS,<br><br>    Plaintiff,<br><br>  v.<br><br>WINCO FOODS, LLC, a Delaware Limited Liability Company; and DOES 1-50,<br><br>    Defendants. | Case No. 2:17-cv-00207 TLN CKD<br><br>**SECOND STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO FILE FIRST RESPONSIVE PLEADING [L.R. 144(a)] AND REQUEST FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT AND ORDER**<br><br>*Complaint filed: January 30, 2017*<br><br>*Current Response Date: March 23, 2017*<br><br>*New Response Date: April 20, 2017* |

Pursuant to the provisions of Local Rule 144(a), Plaintiff Kimbra Rollings ("Plaintiff") and Defendant WinCo Foods, LLC ("WinCo"), by and through their respective counsel, hereby stipulate that WinCo may have a 28-day time extension, from March 23, 2017 to April 20, 2017 to respond to Plaintiff's Complaint.  This is the second extension of time to respond to the Complaint.

The Parties also request the Court to extend the time, by 28 days, for the parties to file their Joint Status Report, from April 3, 2017 to May 1, 2017.

The reason for these extensions is to allow time for the Parties to attempt to resolve this matter without further litigation.

Pursuant to Local Rule 131(e), Plaintiff's counsel has authorized submission of this document on his behalf.

DATED:  March 22, 2017                     SEYFARTH SHAW LLP


                                           By    /s/  Sophia S. Kwan
                                                Kristina M. Launey
                                                Sophia S. Kwan
                                           Attorneys for Defendant
                                           WinCo Foods, LLC

DATED:  March 22, 2016                     VAUGHAN & ASSOCIATES


                                           By    /s/ Cris C. Vaughan
                                                Cris C. Vaughan
                                           Attorneys for Plaintiff
                                           Kimbra Rollings

## **ORDER**

The Court, having duly considered the Parties' stipulation and request, hereby orders as follows:  Defendant shall have up to and including April 20, 2017 to file a first responsive pleading, and the Parties shall have up to and including May 1, 2017 to file a joint status report.

**IT IS SO ORDERED.**

Dated:  March 22, 2017

                                           _____
                                           Troy L. Nunley
                                           United States District Judge