| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Kristina M. Launey (SBN 221335)<br>klauney@seyfarth.com |
| 3 | Sophia S. Kwan (SBN 257666)<br>skwan@seyfarth.com |
| 4 | 400 Capitol Mall, Suite 2350<br>Sacramento, California 95814 |
| 5 | Telephone: (916) 448-0159<br>Facsimile: (916) 558-4839 |
| 6 | Attorneys for Defendant WinCo Foods LLC |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIMBRA ROLLINGS, | ) | Case No. 2:17-cv-00207 TLN CKD |
| Plaintiff, | ) | **THIRD STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO FILE FIRST RESPONSIVE PLEADING [L.R. 144(a)] AND REQUEST FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT AND ORDER** |
| v. | ) | |
| WINCO FOODS, LLC, a Delaware Limited Liability Company; and DOES 1-50, | ) | |
| Defendants. | ) | *Complaint filed: January 30, 2017* |
| | ) | *Current Response Date: April 20, 2017* |
| | ) | *New Response Date: May 4, 2017* |

Pursuant to the provisions of Local Rule 144(a), Plaintiff Kimbra Rollings ("Plaintiff") and Defendant WinCo Foods, LLC ("WinCo"), by and through their respective counsel, hereby stipulate that WinCo may have a 14-day time extension, from April 20, 2017 to May 4, 2017 to respond to Plaintiff's Complaint. This is the third extension of time to respond to the Complaint.

The Parties also request the Court to extend the time, by 14 days, for the parties to file their Joint Status Report, from May 1, 2017 to May 15, 2017.

The reason for these extensions is to allow time for the Parties to attempt to resolve this matter without further litigation.

Pursuant to Local Rule 131(e), Plaintiff's counsel has authorized submission of this document on his behalf.

DATED: April 18, 2017                             SEYFARTH SHAW LLP


By   /s/  Sophia S. Kwan
       Kristina M. Launey
       Sophia S. Kwan
    Attorneys for Defendant
    WinCo Foods, LLC

DATED: April 18, 2017                             VAUGHAN & ASSOCIATES


By   /s/ Cris C. Vaughan
       Cris C. Vaughan
    Attorneys for Plaintiff
    Kimbra Rollings

## **ORDER**

The Court, having duly considered the Parties' stipulation and request, hereby orders as follows: Defendant shall have up to and including May 4, 2017 to file a first responsive pleading, and the Parties shall have up to and including May 15, 2017 to file a joint status report.

**IT IS SO ORDERED.**

Dated: April 19, 2017

Troy L. Nunley
United States District Judge